UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-226-FMO (MAN) | Date | April 30, 2015 |
|---|---|---|---|
| Title | *Calin Gatison v. Carolyn W. Colvin* | | |

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Mel Zavala | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** (In Chambers) Order

On April 27, 2015, defendant filed a Motion to Dismiss ("Motion"). By the Motion, defendant contends that this action should be dismissed for lack of jurisdiction. Specifically, defendant asserts that plaintiff is not challenging a final decision by the Commissioner as required by 42 U.S.C. § 405(g). Defendant states that plaintiff failed to appear at his hearing before the Administrative Law Judge ("ALJ"). (Motion at 2; *see also* Exhibit 3 at 4-5.) The ALJ then dismissed plaintiff's request for a hearing. (Motion at 2; Exhibit 3 at 1-5.) The Appeals Council denied plaintiff's request for review of the ALJ's order of dismissal (Exhibit 4 at 1-2), and plaintiff filed the instant Complaint.

The Court has carefully reviewed the Motion, and it appears that dismissal is warranted, because the Commissioner did not issue a final decision after a hearing. *See* 42 U.S.C. § 405(g); Califano v. Sanders, 430 U.S. 99, 108, 97 S. Ct. 980, 986 (1977); Subia v. Commissioner of Social Sec., 264 F.3d 899, 902 (9th Cir. 2001). Nevertheless, the Court believes it is appropriate to provide plaintiff with an opportunity to be heard.

Accordingly, on or before **May 20, 2015**, plaintiff is **ORDERED TO SHOW GOOD CAUSE**, if any exists, why the Court should not grant the Motion. If plaintiff opposes the Motion, he must file and serve a written Opposition to the Motion. If plaintiff disputes any of the facts asserted in the Motion, plaintiff must provide with his Opposition a declaration signed by him under penalty of perjury, which sets forth competently his version of the facts and has attached to it as exhibits any documentary evidence that he believes supports his version of the facts. Alternatively, if plaintiff does not oppose the Motion, he may satisfy his obligation under this Order by filing a Notice of Dismissal.

The Clerk is directed to send to plaintiff a copy of Form CV-009 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)) on plaintiff.

**Plaintiff is expressly cautioned that his failure to timely respond to this Order will be deemed**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-226-FMO (MAN) | Date | April 30, 2015 |
|---|---|---|---|
| Title | *Calin Gatison v. Carolyn W. Colvin* | | |

**to constitute a consent to the granting of the Motion pursuant to Local Rule 7-12, and further, could result in the dismissal of the action, pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1, for failure to prosecute.**

**IT IS SO ORDERED.**

                                                                                                                                 :

Initials of Preparer