**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALVIN GATISON, | ) | NO. CV 15-226-FMO (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Granting Motion For Remand,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the Order Granting Motion For Remand.

DATE: December 7, 2015

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1